*Nelson, Moilanen & Klaasen, P.C.,* for defendant-appellee Jackson County Board of Road Commissioners. Reported at 413 Mich 499.

YOUNG v PAROLE BOARD. (Docket No. 66762.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Thomas L. Casey,* Assistant Attorney General, for defendant-appellee. Reported at 413 Mich 536.

PEOPLE v SECREST. (Docket No. 66006.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, and *Timothy A. Baughman,* Principal Attorney, Research, Training and Appeals, for the people. *Daniel J. Blank* for defendant-appellant. Reported at 413 Mich 521.

GUSLER v FAIRVIEW TUBULAR PRODUCTS. (Docket No. 63538.) Rehearing granted. *Fred E. Foster, P.C.,* for plaintiff-appellee. *Davidson, Breen & Doud, P.C.,* for defendants-appellants. *Kelman, Loria, Downing, Schneider & Simpson* for Michigan Trial Lawyers Association; *Conklin, Benham, McLeod, Ducey & Ottaway, P.C.,* for Michigan Self-Insurers' Association; *Marston, Sachs, Nunn, Kates, Kadushin & O'Hare, P.C.,* for Michigan State AFL-CIO; and *Green, Renner, Weisse, Rettig, Rademacher & Clark* as amici curiae. Reported at 412 Mich 270.

Appeal dismissed on March 15, 1983, upon stipulation by the parties, with prejudice and without costs.

## AUGUST 20, 1982

PROPOSED AMENDMENT OF GCR 1963, 516. On order of the Court, this is to advise that the Court is considering whether to amend GCR 1963, 516. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The rule is to be amended by adding subrule .8 set out below:)

RULE 516. INSTRUCTIONS TO JURY.

.1—.7 (Unchanged.)

.8 Determination of Relative Fault of Joint Tortfeasors.

(a) This subrule applies to cases in which the jury has returned a verdict in favor of the plaintiff against two or more defendants and in which there may be rights of contribution under MCL 600.2925a-600.2925d; MSA 27A.2925(1)-27A.2925(4).